

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 15-30105 |
| Plaintiff - Appellee, | D.C. No. 1:99-cr-00082-BMM |
| v. | |
| JESUS CARLOS FARIAS, a.k.a. Jesus Carlos Farrias, a.k.a. Paco, | MEMORANDUM* |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Montana
Brian M. Morris, District Judge, Presiding

Submitted March 15, 2016**

Before:     GOODWIN, LEAVY, and CHRISTEN, Circuit Judges.

Jesus Carlos Farias appeals from the district court's order denying his 18

U.S.C. § 3582(c)(2) motion for a sentence reduction.  Pursuant to *Anders v.*

*California*, 386 U.S. 738 (1967), Farias's counsel has filed a brief stating that there

---

\*     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

\*\*     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

are no grounds for relief, along with a motion to withdraw as counsel of record.

We have provided Farias the opportunity to file a pro se supplemental brief. No

pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S.

75, 80 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**